

FILED IN COURT OF APPEALS
12th Court of Appeals District

NOV 30 2015

TYLER TEXAS
PAM ESTES, CLERK

FILE COPY

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

11/25/2015                                                    **COA No. 12-15-00077-CR**
**DAVIS, ROXANNE YVETTE    Tr. Ct. No. 241-1149-14**        **PD-1303-15**
On this day, the Appellant's petition for discretionary review has been refused.

                                                             Abel Acosta, Clerk

                    12TH COURT OF APPEALS  CLERK
                    CATHY LUSK
                    1517 W. FRONT, ROOM 354
                    TYLER, TX  75701
                    * DELIVERED VIA E-MAIL *